UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
BAH DEMBO KAIRA,                    )
                                    )
            Petitioner,             )     Civil Action No.
                                    )     17-11938-FDS
    v.                              )
                                    )
ANTONE MONIZ, et al.,               )
                                    )
            Respondents.            )
_____ )

## ORDER ON MOTION TO DISMISS

**SAYLOR, J.**

No opposition having been filed, and because it appears that the motion to dismiss is meritorious, petitioner having been released from ICE custody, the motion is GRANTED.

**So Ordered.**

                                    /s/ F. Dennis Saylor IV
                                    F. Dennis Saylor IV
Dated: December 8, 2017             United States District Judge